[No. 16085.  Department Two.  March 31, 1921.]

HARBOR LAND COMPANY, *Respondent*, v. GRAYS HARBOR COUNTY,
                    *Appellant.*[1]

Appeal from a judgment of the superior court for Grays Harbor county, Abel, J., entered June 1, 1920, in favor of the plaintiff, upon overruling a demurrer to the complaint, in an action to secure a reduction of taxes against tide lands.  Reversed.

*J. E. Stewart*, for appellant.
*F. L. Morgan*, for respondent.

PER CURIAM.—This is an appeal by the county from a judgment of the superior court granting the respondent relief from that portion of its taxes represented by an increase of the valuation of respondent's real property made by the county board of equalization.

The case is controlled by our decision in the case of *Grays Harbor Co. v. Grays Harbor County*, ante p. 210, 196 Pac. 589, and is therefore reversed.

———————————

[No. 16212.  Department Two.  April 11, 1921.]

J. A. BENSON, *Appellant*, v. MARY E. SEITSINGER *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Klickitat county, Darch, J., entered April 5, 1920, sustaining defendants' demurrer to the plaintiff's complaint.  Affirmed.

*McGregor & Fristoe, E. C. Ward*, and *Geo. A. Brodie*, for appellant.
*John R. McEwen*, for respondents.

PER CURIAM.—This case is identical in the facts and issues raised with the case of *Benson v. Ballou*, ante p. 324, 197 Pac. 46, and upon the authority of that case the judgment appealed from is affirmed.

[1]Reported in 196 Pac. 591.
[2]Reported in 197 Pac. 47.